# EXHIBIT A

| Receipt Number | | Case Type |
|---|---|---|
| ZBO2252885110 | | 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 08/15/2022 | **Priority Date** | **Applicant** ▇▇▇▇▇ SAIFI, SHIRZAD |
| **Notice Date** 08/07/2023 | **Page** 3 of 3 | |

derivative family member(s) listed above may apply for a refugee travel document by submitting Form I-131, *Application for Travel Document*, for each individual to the address listed on the online "FORMS" page on the USCIS website at www.uscis.gov.

**WARNING:** If you return to the country of claimed persecution, you may be questioned as to why you were able to return to the country of claimed persecution, and your asylum status may be terminated pursuant to section 208(c)(2) of the INA. Returning to one's country of claimed persecution may demonstrate a change of circumstances in the country of claimed persecution, show fraud in the initial asylum application, or demonstrate you have voluntarily availed yourself of the protection of the country of claimed persecution.

2. Change of Address

You must notify the Department of Homeland Security (DHS) of any change of address within ten days of such change by submitting Form AR-11, *Alien's Change of Address Card*, to the address listed on the online "FORMS" page on the USCIS website at www.uscis.gov. You may obtain Form AR-11 at a U.S. Post Office, a USCIS office, or online at www.uscis.gov. You may also submit a change of address electronically at www.uscis.gov.

3. Selective Service Registration

All male asylees between the ages of 18 and 26 must register for the Selective Service. Failure to do so may affect your ability to obtain certain benefits in the United States or obtain U.S. citizenship in the future. For more information about the Selective Service and how to register, visit the Selective Service website at www.sss.gov or obtain a Selective Service "mail-back" registration form at a U.S. Post Office.

Note: Please write your full name, date of birth, and A-number on any correspondence you have with DHS.

Sincerely,

MEGHANN W. BOYLE
Director
USCIS Boston Asylum Office







| Receipt Number ZBO2252885110 | | Case Type 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 08/15/2022 | Priority Date | Applicant SAIFI, SHIRZAD |
| Notice Date 08/07/2023 | Page 1 of 3 | |
| SHIRZAD SAIFI ████████████ | | Notice Type: Approval Notice |

### Asylum Approval

Applicants:
Name
SAIFI, SHIRZAD

Alien Number
████████████

As of 08/04/2023, you have been granted asylum in the United States pursuant to section 208 of the Immigration and Nationality Act (INA). Your derivative family member(s) listed above – who are present in the United States, who were included in your asylum application, and for whom you have established a qualifying relationship – are granted derivative asylum. Enclosed with this letter you will find a completed Form I-94, *Arrival-Departure Record*, for you and each of your derivative family members listed above. Please retain this document.

Asylum is authorized for an indefinite period, but asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated pursuant to section 208(c)(2) of the INA if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States.

Now that you are an asylee, you may apply for certain benefits listed below. You are responsible for complying with applicable laws and regulations explained in this letter. In addition to your Form I-94, *Arrival-Departure Record*, we recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any of the benefits or services listed below.

You may obtain any of the U.S. Citizenship and Immigration Services (USCIS) forms mentioned in this letter on the USCIS website at www.uscis.gov, through the National Customer Service Center at 1-800-375-5283, or at a local USCIS office.

### Benefits

1. Employment Authorization

You are authorized to work in the United States for as long as you remain in asylum status. Your derivative family member(s) listed above are also authorized to work in the United States, so long as they retain derivative asylum status. You are authorized to work in the United States whether or not you have an Employment Authorization Document (EAD). To demonstrate employment authorization to employers, you must show certain documentation such as an unrestricted Social Security card, a state-issued driver's license, or an unexpired EAD issued by USCIS. For a list of all documents that employers may accept as proof of employment authorization, consult the USCIS Form I-9, *Employment Eligibility Verification*, on the USCIS website at www.uscis.gov/i-9-central. Many employers also use E-Verify to electronically check your employment eligibility. You can learn your E-Verify rights and responsibilities by visiting www.uscis.gov/e-verify.

USCIS will mail to the last address you provided to USCIS a secure Form I-766, *Employment Authorization Document* (EAD), which will be valid for two years. USCIS will also mail EADs for each of your derivative family members listed above who previously submitted their biometrics (e.g., fingerprints, photo, and signature) at a USCIS Application Support Center (ASC). If you or your derivative family member(s) do not receive the EAD(s) in the mail within **14 business days** of the issuance of your asylum approval letter, please contact the Asylum Office listed above that issued your grant of asylum.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS Boston Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
5 Post Office Square, Ste. 1462
Boston MA 02109

USCIS Contact Center: www.uscis.gov/contactcenter

